IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Christopher Bailey<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE CONTRACTING SOLUTIONS, INC.; and MATHEW HUBBARD<br><br>Defendants. | CASE NO.: 1:13-CV-4114-LMM |

**JOINT MOTION TO APPROVE A
FAIR LABOR STANDARDS ACT SETTLEMENT and DISMISS WITH
PREJUDICE**

Plaintiff, Christopher Bailey, and Defendants, Innovative Contracting Solutions and Mathew Hubbard (collectively, the "parties"), by and through their undersigned counsel, file this Joint Motion to Approve A Fair Labor Standards Act Settlement Agreement and to Dismiss with Prejudice.

I.   **Plaintiff's Claims, Procedural History, and Settlement Agreement**

Plaintiff brought this suit seeking unpaid overtime wages under the FLSA. (Compl. [Doc. No. 1].) Defendants dispute Plaintiff's claims and the number of hours that Plaintiff allegedly worked. Defendants further contend that Plaintiff was an exempt employee under the FLSA. On December 4, 2014, this Court granted Defendants' motion for summary judgment in part, but found that genuine

22693658 v1

issues of material fact existed regarding whether Plaintiff was an exempt employee and whether Defendant Matthew Hubbard was Plaintiff's "employer" for purposes of the FLSA. (Order of December 4, 2014 [Doc. No. 40]. The Court, however, barred Plaintiff's claims for overtime hours that he allegedly worked prior to December 12, 2011. (*Id.* at 16.)

### A.   Plaintiff's Total Calculation of Damages

Based on the Court's ruling on summary judgment, Plaintiff calculates that he worked a total of 382 unpaid overtime hours between December 12, 2011 and July 11, 2012. Plaintiff further calculates his overtime wages (based on his annual salary) to be $35.34 per hour, so his calculation of actual damages is $13,498.56. Additionally, Plaintiff contends that he would be entitled to liquidated damages in the amount of $13,498.56, plus attorneys' fees and costs that, based on Plaintiff's counsel's hourly rate (of $250.00 per hour), are $33,320.70.

### B.   Plaintiff's Compromise of Claims

Given the risk of trial and potential collection issues, Plaintiff has agreed to compromise his measure of damages as set forth in the Settlement Agreement. Specifically, in order to resolve the case, Plaintiff has agreed to accept a total of $10,448.50 in actual damages, $10,448.50 in liquidated damages, and $14,103.78 in attorneys' fees and costs (i.e., a total of $35,000.00). Both Parties acknowledge that a reasonable jury could find in favor of either party, and that this compromise is a fair resolution taking into account the potential risks.

2

## II. Legal Argument

As noted in the Court's Notice Regarding FLSA Cases [Doc. No. 49], an employee's FLSA claims may be compromised only after the Court reviews and scrutinizes the settlement for fairness. *Lynn's Food Stores, Inc.*, 679 F.2d 1352 (11th Cir. 1982). The Parties respectfully submit that the enclosed settlement agreement is fair and reasonable taking into account the number of hours that Plaintiff alleges that he worked, the defenses asserted, and the risk and costs to both Parties of a jury trial. Therefore, the Parties jointly request that the Court approve the settlement reached and attached as Exhibit A. In accordance with FRCP 41(a)(1)(A)(ii), the Parties also jointly request that the Court dismiss the above-styled action with prejudice. The Parties further request that, notwithstanding the dismissal, the Court retain jurisdiction to enforce any terms of the Settlement Agreement. To assist the Court, the Parties have submitted a proposed order granting the requested relief as Exhibit B.

This 2nd day of February [~~January~~], 2015.

Respectfully submitted,

*/s/Jon Gumbel*
Jon Gumbel
*Attorney for Defendants*

OF COUNSEL:
BURR & FORMAN LLP
171 Seventeenth Street NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Fax: (404) 214-7949
Email: Jgumbel@burr.com

3

22693658 v1

                                        Respectfully submitted,

                                        */s/Logan Winkles*
                                        Logan B. Winkles
                                        *Attorney for Plaintiff*

Cannon, Mihill & Winkles, LLC
101 Marietta Street,
Suite 3120
Atlanta, GA 30303

4

22693658 v1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT MOTION TO APPROVE A FAIR LABOR STANDARDS ACT SETTLEMENT AND DISMISS WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will automatically send to the following attorneys of record:

Jon Gumbel, Esq.
BURR & FOREMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363

This 2nd day of February, 2015.

s/Logan B. Winkles
Logan B. Winkles
Georgia Bar Number: 136906