IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Christopher Bailey** </br></br>     Plaintiff, </br></br> v. </br></br> **INNOVATIVE CONTRACTING SOLUTIONS, INC.; and MATHEW HUBBARD** </br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) **CASE NO.: 1:13-CV-4114-LMM** </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

On February 4, 2015, the Court held a telephonic hearing to examine the reasonableness of the settlement agreement. The Court's finding of facts and conclusions of law are contained with the transcript of that hearing. Pending before the Court is the Joint Motion to Approve a Fair Labor Standards Act Settlement and Dismiss with Prejudice [50].  The Court has carefully reviewed the Parties' Settlement Agreement and finds that it is fair and reasonable in light of the claims asserted. Therefore, the Court GRANTS the Parties' Joint Motion to Approve a Fair Labor Standards Act Settlement. The Court DISMISSES the above styled case with prejudice and therefore, DIRECTS the Clerk to close this case. Pursuant to the Parties' Settlement Agreement, the Court shall retain jurisdiction to enforce the terms Settlement Agreement.

IT IS SO ORDERED, this 4th day of February, 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE