RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 30 2015

JAMES N. HATTEN, Clerk
By: RBachel Deputy Clerk

FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 0 5 2015

James N. Hatten, Clerk
By: RBachel Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRACI ELIAS and DAPHNE MOTLEY, and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION FILE NO: 1:14-CV-00096-LMM |
| vs. | ) ) ) | FAIR LABOR STANDARDS ACT ACTION |
| KIMBERLY-CLARK GLOBAL SALES, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO SEAL CONFIDENTIAL SETTLEMENT AGREEMENT

Plaintiffs Traci Elias and Daphne Motley (collectively "Plaintiffs") and Defendant Kimberly-Clark Global Sales, LLC ("Kimberly-Clark" or "Defendant") respectfully move the Court for an order permitting the parties to file under seal their Confidential Settlement Agreement. In support of this Motion, the parties state as follows:

1.　In a private action between the employer and employee, the court may approve any settlement that is "fair, adequate and reasonable . . . and is not the product of collusion between the parties." *Bennett v. Behring Corp.*, 737 F.2d 982, 986 (11th Cir. 1984). Determining the fairness of the settlement is left to the sound discretion of the trial court. *Id.*

2. The parties have entered into a Confidential Settlement Agreement and have agreed to keep its terms confidential. The parties believe that good cause exists to file the document under seal because of the sensitive, confidential information contained within the agreement.

3. The parties filed a Joint Motion for Approval of Settlement and Dismissal, in which they seek judicial approval of the Confidential Settlement Agreement. A copy of the Confidential Settlement Agreement is attached hereto as Exhibit A and submitted to the Court for *in camera* review.

4. The Court may hold a telephone conference to discuss the parties' request to seal the settlement agreement and order that the settlement agreement be maintained by the Clerk under seal. (*See* ECF No. 28.)

5. For reasons that will be more fully set forth during the telephone conference, the parties request that the Court hold a telephone conference to discuss the confidential nature of the agreement and subsequently order that the Confidential Settlement Agreement be filed under seal.

WHEREFORE, Plaintiffs and Defendant request the Court to enter an order sealing the attached Confidential Settlement Agreement and to further order the Clerk, upon entry of an order granting the parties' Joint Motion for Approval of Settlement and Dismissal, to not place the attached Confidential Settlement Agreement in the public file at any time.

Dated: January 29, 2015                                         Respectfully submitted,

| | |
|---|---|
| /s/ Larry A. Pankey | /s/ Brittany D. Kozal |
| Larry A. Pankey, Esq. | Mitchell S. Allen |
| PANKEY & HORLOCK, LLC | Georgia Bar No. 011305 |
| Suite 200 | BRYAN CAVE LLP |
| 1441 Dunwoody Village Parkway | One Atlantic Center |
| Atlanta, GA 30338-4122 | Fourteenth Floor |
| lpankey@pankeyhorlock.com | 1201 West Peachtree Street, N.W. |
| | Atlanta, GA  30309 |
| ***Attorneys for Plaintiffs*** | Telephone: (404) 572-6600 |
| | Facsimile:  (404) 572-6999 |
| | Mitchell.allen@bryancave.com |
| | |
| | Daniel M. O'Keefe |
| | Brittany D. Kozal |
| | BRYAN CAVE LLP |
| | One Metropolitan Square |
| | 211 N. Broadway, Suite 3600 |
| | St. Louis, Missouri 63102 |
| | Telephone: (314) 259-2000 |
| | Facsimile: (314) 259-2020 |
| | dmokeefe@bryancave.com |
| | brittany.kozal@bryancave.com |
| | |
| | ***Attorneys for Defendants*** |